UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSHE BERGER,<br><br>Defendant. | No. 24-CR-172<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, Mr. Berger's bail conditions are modified to allow him to travel without prior permission ONLY within the five boroughs of New York City, which include Brooklyn, the Bronx, Manhattan, Queens and Staten Island. If Mr. Berger seeks to travel anywhere outside of those five boroughs of New York City, including but not limited to Orange County, Rockland County or Westchester County, he MUST obtain prior approval from his Pretrial Services Officer.

SO ORDERED.

Dated:   March 14, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge