

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 10, 2025

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to May 2, 2025 at 12:00 p.m. Time is excluded until May 2, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 10, 2025

Re: *United States v. Moshe Berger*, **24 Cr. 172 (RA)**

Dear Judge Abrams:

    The Government writes on behalf of the parties to respectfully request a two-week adjournment of the status conference presently scheduled for tomorrow, April 11, 2025. As the Court is aware, the defendant has provided a mitigation submission to the Government. The Government is continuing to evaluate that submission and engage in pretrial disposition discussions with defense counsel. Accordingly, the parties request an adjournment of the status conference for a period of approximately two weeks. The Government also requests exclusion of time, for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of that next conference to permit the Government to complete its evaluation of the submission and for the parties to confer about a potential resolution of this action. The defendant consents to this exclusion of time.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: *[signature]*
    James Mandilk
    Assistant United States Attorney
    (212) 637-2453