# HANNA H. SHOSHANY, ESQ.
11 Villanova Street, Staten Island, New York • (347) 404-0420 • Hanna.Shoshany.Esq@gmail.com

August 7, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The status conference is adjourned to November 7, 2025 at 11:30 a.m. Time is excluded until November 7, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

_____
Ronnie Abrams, U.S.D.J.
August 7, 2025

RE: **United States v. Moshe Berger**
**24 Cr. 172 (RA)**

Dear Judge Abrams:

    As This Honorable Court is aware, I represent Moshe Berger, Defendant in the above referenced matter, who is scheduled to appear before Your Honor on August 8, 2025.

    Last night, August 6, 2025, I was informed by my client that he is not feeling well and has since tested positive with the COVID-19 virus. Additionally, since our last communication with This Honorable Court, Mr. Berger has relocated to Rockland County from Kings County. Obviously, this relocation required for him to be transferred to a pretrial supervision office in Westchester County. Due to the change in offices and the logistics that such transfer entails, it took some time for his new officer to enroll him in a mental health program, which was one of the agreed upon requirements by and between the Government and the Defendant.

    Mr. Berger was set to begin his first mental health session tomorrow, August 8, 2025 (which I presume will now be postponed due to his illness). After conferring with AUSA James Mandilk, we are in agreement that a period of at least two (2) months of treatment is necessary for the government to consider the mitigation package that was submitted on Mr. Berger's behalf by prior counsel.

    Therefore, given these circumstances, we respectfully request that this matter be adjourned until November 7, 2025 for status conference. Mr. Berger also consents to the exclusion of time for purposes of the Speedy Trial Act pursuant to 18 U.S.C § 316 (h)(7)(A). The Government joins in the within application.

    Thank you for your courtesies in advance.

Respectfully yours,

/s/ Hanna H. Shoshany
Hanna H. Shoshany, Esq.