**HANNA H. SHOSHANY, ESQ.**
11 Villanova Street, Staten Island, New York • (347) 404-0420 • Hanna.Shoshany.Esq@gmail.com

November 20, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The status conference is adjourned to December 5, 2025 at 12:00 p.m. Time is excluded until December 5, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _/s/_
> Ronnie Abrams, U.S.D.J.
> November 20, 2025

RE:   **United States v. Moshe Berger**
       **24 Cr. 172 (RA)**

Dear Judge Abrams:

    As This Honorable Court is aware, I represent Moshe Berger, Defendant in the above referenced matter. Mr. Berger was originally scheduled to appear in This Honorable Court on November 7, 2025 for a Status Conference that was then adjourned to November 21, 2025 by the Court. Subsequently, due to court closure, the matter was once again adjourned to November 20, 2025 at 2:30 PM.

    Unfortunately, due to the short notice of the change in scheduling, Mr. Berger is unable to appear in This Honorable Court today. In terms of providing a status update, I hereby making the Court aware that since the last conference, Mr. Berger has been fully compliant with pretrial services, has enrolled in and is attending the anger management classes agreed to by him and the government and has also been attending treatment for his TBI independently.

    AUSA James Mandilk and I have been actively engaged in status updates and as of last week, agreed to submit Mr. Berger's Deferred Prosecution package to the Committee. Mr. Mandilk has advised me that the committee is currently reviewing same.

    Furthermore, Mr. Mandilk and I spoke with This Honorable Court's Deputy on the telephone and advised of the scheduling conflict as well as the update with respect to the Deferred Prosecution. During that telephone conversation we had agreed that a short adjournment to December 5, 2025 at 12:00 PM would be convenient to all parties and the Court, for a Status Conference.

    Given the above, I am respectfully requesting that the Status Conference be adjourned to December 5, 2025 at 12:00 PM and that speedy trial time be excluded until then.

    Thank you for your courtesies in advance.

Respectfully yours,

/s/ Hanna H. Shoshany
Hanna H. Shoshany, Esq.

CC: AUSA James Mandilk *(Via Electronic Filing and E-Mail)*