UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSHE BERGER,<br><br>Defendant. | No. 24-CR-172<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, Mr. Berger's bail conditions are modified as follows:

- Home detention enforced by location monitoring through GPS.

- You must reside at 814 Bedford Avenue, Suite 218, Brooklyn, NY 11205. YOU MAY NOT LEAVE THE RESIDENCE UNLESS YOU GET PERMISSION FROM PRETRIAL SERVICES FIRST.

- $50,000 personal recognizance bond, to be co-signed by one financially responsible person.

- Travel restricted to S.D.N.Y., E.D.N.Y., and D.N.J.

- Surrender travel documents and make no new applications.

- Pretrial supervision as directed by Pretrial Services.

- Participate in mental health and anger management treatment as directed by Pretrial Services.

- Defendant not to knowingly approach officers involved in the arrest or investigation of this case.

- Defendant not to contact the victim or any witness in this case, including the people identified in the Complaint as "Friend-1" and "Friend-2."

- Defendant not to go to any of the following locations:

9 Gibbs Ct

Monsey, NY

Kahal Das Shulom Shatz

6 Butterman Pl

Monsey, NY 10952

Cong. Shaarei Chesed

92 N Saddle River Rd

Monsey, NY 10952

16 Victoria Dr

Airmont, NY 10901

7 Van Buren Dr

Kiryas Joel, NY 10950

99 NY-59

Monsey, NY 10952

Valet Collision

38 West Street

Spring Valley, NY 10977

SO ORDERED.

Dated:    February 5, 2026
          New York, New York

Ronnie Abrams
United States District Judge

2