UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSHE BERGER<br><br>Defendant. | No. 24-CR-172 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Ms. Shoshany's motion to withdraw as counsel for Defendant, Mr. Berger. Dkt. No. 43. The parties, including Mr. Berger and Ms. Shoshany, are ordered to appear for a conference to discuss the motion and Mr. Berger's representation at 11:30 a.m. on Friday, February 27, 2026 in Courtroom 1506, 40 Centre Street, New York, NY 10007. Ms. Shoshany must certify that she has provided Mr. Berger a copy of this order no later than tomorrow, February 26, 2026.

SO ORDERED.

Dated:     February 25, 2026
           New York, New York

_____
Ronnie Abrams
United States District Judge