UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOSHE BERGER,

Defendant.

No. 24-CR-172

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at the hearing earlier today, Mr. Berger shall have until Wednesday, March 4, 2026 to retain new counsel.  The Court has scheduled a conference for March 4, 2026 at 3:00 p.m. in Courtroom 1506, 40 Centre Street, New York, NY 10007, which Mr. Berger and any counsel must attend.  Should Mr. Berger retain new counsel, he or she shall file a notice of appearance on the docket promptly via the electronic filing system (CM/ECF).  As the Court previously advised Mr. Berger, if he cannot afford counsel, he may file a CJA financial affidavit, and if he is eligible, the Court will appoint counsel on his behalf.

SO ORDERED.

Dated:    February 27, 2026
          New York, New York

Ronnie Abrams
United States District Judge