# YurowitzLaw PLLC

STEVEN Y. YUROWITZ

~

WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

March 20, 2026

**BY ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
March 23, 2026

Re: *United States v. Moshe Berger*
No. 24 Cr. 172 (RA)

Dear Judge Abrams:

This firm represents Moshe Berger.  I am writing 1) to request a slight modification to the motion schedule set by Your Honor, and 2) to request a temporary modification to Mr. Berger's bail conditions.

By Order dated March 17, 2026, Your Honor set a schedule for pretrial motions with defendant's motions due on April 10, 2026.  Counsel is orthodox and my office is typically closed over the Passover holiday.  As a result, I am to request a slight modification to the schedule which would extend the due date to April 14, 2026, and correspondingly extend the due date for the government's opposition papers and the defendant's reply to April 28 and May 5.  The government consents to this request.

In addition, Mr. Berger seeks a temporary modification of his bail conditions to attend the "tanaim ceremony," essentially an engagement party with a more religious overtone, for a school friend taking place in Williamsburg on Monday night, March 23, 2026.  If permitted Mr. Berger, would attend from 8:30 PM to 12:00 AM.  In counsel's view, Mr. Berger's ability to leave his residence and attend such a local function is beneficial to his mental health.  I have communicated with PTS Officer Jonathan Lettieri, and he indicated that Pre-Trial takes no position on this application, and the government indicated that it defers to Pre-Trial on this request.

Accordingly, we respectfully request that Your Honor 1) modify the current pre-trial motion schedule so that defendant's motions are due on April 14, the government's opposition on April 28 and any replies on May 5; and 2) Mr. Berger's bail is temporarily modified to permit him to travel on March 23 to 125 Hayward Street in Brooklyn, New York from 8:30 to 12 AM.

Respectfully submitted,

Steven Y. Yurowitz

cc:  AUSA James Mandlik (by ECF)
     PTS Jonathan Lettieri (by email)