UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

MOSHE BERGER,

Defendant.

---

No. 24-CR-172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a letter from Defendant's counsel, dated April 21, 2026 and which counsel seeks to file under seal, as well as a motion to dismiss, filed today.  Counsel is advised that the Southern District of New York is establishing a new specialty court, the Behavior Rehabilitation through Intervention, Diversion, Guidance, and Engagement ("BRIDGE") court. Mr. Berger shall advise the Court as to whether he seeks to apply to participate in the BRIDGE court no later May 1, 2026.  The Court has attached informational materials relating to the BRIDGE court to this Order.  To the extent Defendant's counsel still intends to file the motion referenced in his April 21, 2026 letter, the request for an extension included in the letter is granted, as is his request to file the letter under seal.

SO ORDERED.

Dated:      April 22, 2026
            New York, New York

Ronnie Abrams
United States District Judge

BRIDGE Court Brochure

## United States District Court

## Southern District of New York

## BRIDGE[1] Court

### Introduction

BRIDGE Court (the "Program") is an intensive, judicially supervised pretrial program for individuals charged in this District whose diagnosed mental health condition was the primary contributing factor to the offense conduct.[2] BRIDGE Court seeks to provide criminal defendants suffering from mental health conditions with intensive supervision and support, including mental health treatment, structure and accountability, and housing, education, and employment support. BRIDGE Court seeks to stabilize and support defendants suffering from mental illness, identify and develop sustainable treatment plans and long-term pathways, and reduce recidivism, for the benefit of the participating defendants and the safety of the community.

In BRIDGE Court, the participant's criminal proceedings will proceed on one of three paths:

(1) The participant is charged by complaint or indictment and enters into a deferred prosecution agreement ("DPA") with the Government in which successful participation and completion of BRIDGE Court is a condition of the DPA. Subject to the terms of the DPA, if the participant successfully completes BRIDGE Court and satisfies the terms of the DPA, the Government's prosecution of the participant will be deferred during the period of the DPA, and it is expected that the charges against the participant will then be dismissed.

(2) The participant is charged by complaint or indictment, and the charges are held in abeyance pending successful completion of BRIDGE Court. Following successful completion of BRIDGE Court, the Government will determine whether to proceed with the existing charges, reduce the charges, or offer a deferred prosecution agreement and/or dismiss the case. Should the case proceed to sentencing, the Court may consider the defendant's participation in the Program in determining the appropriate sentence.

(3) The participant enters a guilty plea and sentencing is postponed while he or she participates in the Program. At sentencing, the Court may consider the defendant's participation in the Program in determining the appropriate sentence.

Participants must execute a Consent Form to participate in the Program and abide by its governing terms. Participants must agree to take part in BRIDGE Court for at least twelve (12) months, although the term of involvement may be extended as necessary to a maximum of no more than 24 months. The program is intended to be flexible, recognizing that individual progress may be sporadic and may fluctuate.

---

[1] Behavioral Rehabilitation through Intervention, Diversion, Guidance, and Engagement.
[2] The Southern District of New York Board of Judges has approved BRIDGE Court as a three-year pilot program beginning in 2026.

1

BRIDGE Court Brochure

## **Eligibility Criteria**

A. <u>Diagnosis</u>

> • Candidates must have a mental health diagnosis (as identified in the DSM-IV-TR) determined or reassessed by a licensed mental health professional within the last two years;

> • The mental health diagnosis must be persistent and cause significant distress which interferes with the candidate's social functioning (<u>e.g.</u>, activities of daily living, work, school, family/interpersonal relationships, social activities);

> • For candidates with co-occurring/dual diagnoses of mental health and substance use disorders, the non-substance misuse mental health diagnosis must be the primary diagnosis and any substance use disorder must be secondary. Participation in dual diagnosis groups and/or recovery meetings such as AA/NA may be directed; and

> • The applicant's diagnosed mental health challenge(s) must be the predominant contributing factor to the offense conduct.

B. <u>Amenability</u>

Acceptance into BRIDGE Court is an opportunity for participants to receive therapeutic services and community resources in support of treatment and other essential needs.  Participants must be amenable to participating in their individualized BRIDGE Court plan, which may include compliance with treatment requirements and other community resource programs, and participation in regular group sessions with other BRIDGE Court participants before the Program Judges (<u>see</u> page 4, B.1, <u>infra</u>).  Requirements may include, but are not limited to:

> • Evaluation and treatment services provided via private funding, insurance, or contract providers with the U.S. Pretrial Services Office.

> • Consent to disclose treatment and monitoring information to the supervising officer and/or the BRIDGE Court Executive Review Team.

> • Appearance at all court hearings.

> • Compliance with bail conditions, supervision requirements, and instructions of U.S. Pretrial Services.

> • Amenability to relocate based on treatment, housing, and other service needs.

> • Participation in data collection for research purposes.

C. <u>Suitability</u>

Even if an individual meets the requisite diagnostic criteria and is willing to engage in what the Program requires, there are additional eligibility requirements.

> 1. The U.S. Attorney or U.S. Attorney's delegate within the U.S. Attorney's Office agrees to the applicant's participation in BRIDGE Court.

BRIDGE Court Brochure

2.      The District Judge assigned to the participant's case has considered and approved the participant's entry into BRIDGE Court and reassignment of the case to the Program District Judge.

3.      The applicant is charged in the Southern District of New York with any offense except:
   a.  possession of a firearm during and in furtherance of the commission of the alleged offense, or an offense involving brandishing or use of a firearm or other deadly weapon;[3]
   b.  a sexual offense, including an offense related to child exploitation or child pornography, or an offense involving sexual abuse or sexual assault;
   c.  an offense resulting in serious bodily injury or death;
   d.  a civil rights offense alleged under Chapter 13 of Title 18;
   e.  a public official or former public official accused of an offense arising out of an alleged violation of public trust;
   f.  an offense related to national security, including a terrorism offense, or foreign affairs; or
   g.  an offense in connection with which the individual held a significant managerial role in a large-scale criminal organization or in a violent gang.

4. The applicant is not contesting his or her competency.

D. Available Resources

In assessing eligibility, the U.S. Pretrial Services Office will examine the applicant's needs in the key areas targeted by BRIDGE Court (including mental health services and co-occurring substance use disorder treatment) to determine whether the necessary resources are available to meet these needs.

BRIDGE Court will also enlist volunteer attorneys to assist participants with legal issues that may arise apart from their federal criminal charges. For example, volunteer attorneys may assist with housing, family court, benefits, or other collateral issues. Volunteer attorneys will be invited to attend regular BRIDGE Court sessions.

## Program Operation

A.  Role of the U.S. Pretrial Services Agency

   1.  The Pretrial Services Officer, in coordination with court-contracted or community-based treatment providers as needed, will create a comprehensive plan to aid the rehabilitation process.  The plan will be discussed during the first meeting and

---

[3]      An applicant who is charged with felony possession of a firearm is not automatically precluded from participating in BRIDGE Court, and the facts of the applicant's case and his or her background, among other factors, will be carefully considered.  Given the seriousness of any offense involving firearms, however, it is possible that an applicant charged with felony possession of a firearm may not be admitted into the Program based on the nature of the offense conduct.

signed by the participant, the Pretrial Services Officer, and a judge.  The participant agrees to participate in a mental health evaluation and a substance use evaluation, if appropriate.  The treatment plan will include mental health treatment and may include substance abuse treatment, if needed.    The plan may also include educational, vocational, or other programs designed to address factors contributing to the criminal activity and risks of recidivism.

2.  The Pretrial Services Officer will work with the participant to identify the challenges the participant is facing and to secure referrals and resources needed in connection with the plan.

3.  The Pretrial Services Officer will provide individualized supervision of the participant.

B.  <u>Role of Program Judges</u>

1.  The Program Judges, a District Judge and a Magistrate Judge, will offer individual attention at regularly scheduled Program meetings.  The Program Judges will discuss the participants' progress at the meetings and address any concerns the participants and the Pretrial Services Officer may have. The Program Judges will expect participants to honestly discuss those concerns as well.

2.  The Program Judges will provide encouragement when participants are doing well.

3.  The Program Judges will hold participants accountable.  If a violation of the conditions of the program (or of pretrial release generally) is admitted or proven at a hearing with the defense attorney present, the participant may face consequences imposed by the Program Judge(s).

4.  In determining the participant's sentence, the Program Judge will consider all information obtained during participation in the Program.

C.  <u>The Participant's Role and the Court's Expectations</u>

1.  The participant must agree to have his or her case transferred to the United States District Judge who is acting as the Program Judge.[4]

2.  An important part of the Program will be meaningful participation in mental health treatment and counseling or other programs, including vocational and educational programs, addressing factors contributing to the criminal activity and risks of recidivism.  Participants must report for all treatment programs as directed, and

---

[4]    The United States District Judge initially assigned the participant's case must concur with his or her participation in the Program and agree to transfer of the participant's case to the Program Judge.

BRIDGE Court Brochure

must continue to take any medications prescribed by mental health treatment providers unless otherwise directed.

3.  Participants must refrain from illicit substance use and excessive alcohol use. If the participant suffers from a co-occurring disorder, they must also participate in substance abuse treatment as directed by the Pretrial Services Officer. That treatment may include testing to determine whether illicit substances or alcohol have been used.

4.  Participants must appear on time for regularly scheduled Program meetings, which may be recorded. Program meetings will take place regularly, approximately every 2, 3, or 4 weeks. Although participants will be expected to be open and honest about their behavior, agreeing to participate in the Program does not affect the right to remain silent. Participants have the right to remain silent if an answer to the judges' or the officer's questions may tend to incriminate them. The participants' defense attorneys are permitted and welcome to attend Program meetings, although by participating in this Program, participants are consenting to proceed at the Program meetings without their attorney being present. The defense attorney will, however, continue to represent the participant, including at any plea proceeding, violation hearing(s), and at sentencing.

5.  Participation in the Program will be for a minimum of 12 months. Thereafter, the Program Judges, along with the participant, his or her attorney, and the Pretrial Services Officer will assess the participant's progress. Participants may be required to continue with the Program for additional time, up to an additional 12 months.

6.  Participants must report to the Pretrial Services Officer as directed.

7.  Participants must comply with all standard conditions of pretrial release.

8.  Participants must provide verification of address, and, if applicable, engagement in education, employment, and proof of income, as directed by Pretrial Services.

9.  Participants must be committed to the hard work necessary to succeed in this Program. We believe that participants can succeed if they are committed to doing the necessary hard work.

The Program Judges, Pretrial Services, and the defense attorney will make every effort to work with participants to help them succeed in the Program. If, however, the participant violates the terms of the Program, he or she may be terminated from participation. By signing the Consent Form, a participant waives any right he or she might otherwise have to appellate review of the Program Judges' decision that the participant failed to complete the Program or the Program Judges' decision to terminate the participant from the Program. Participants have the right to withdraw from the Program at any time for any reason, provided they notify the Pretrial

5

BRIDGE Court Brochure

Services Officer.

Participants will receive a separate form that will specify their individual needs and goals. Those needs and goals will be the basis for the determination of whether and when they have successfully completed the Program.

## **Application Process**

Application is by invitation only. To be considered, please download and complete the Statement of Interest Form. Email the completed form and any pertinent supplemental materials to the Court. If invited to apply, participants will receive a more detailed application packet and checklist.

BRIDGE Court – Statement of Interest

**United States District Court**

**Southern District of New York**

**BRIDGE[1] Court**

**<u>Statement of Interest</u>**

This statement of interest will allow the United States Attorney's Office for the Southern District of New York ("USAO") to assess whether an interested person's application will be considered for potential participation in BRIDGE Court.  Additional information will be required if a person is invited to submit a full application to BRIDGE Court.

This completed form should be emailed to the Court.

Today's Date:

Name of Applicant:

Charge(s) and Case Number (if applicable):

Defense Counsel and Contact Information:

| Case Status: | Upcoming Deadlines/Dates: |
|---|---|
| ☐  Charged by Complaint<br>☐  Charged by Indictment<br>☐  Guilty Plea pending<br>☐  Guilty Plea entered<br>☐  Other (describe) | |

| |
|---|
| If there is additional information you would like the USAO to know about your client's criminal history, pending charges in other jurisdictions, or specific alleged offense conduct at this stage, please provide it here.  Please do not provide details about mental health conditions, assessment, or treatment, which will be requested as part of a full application if the USAO invites your client to apply. |

---

[1] <u>B</u>ehavioral <u>R</u>ehabilitation through <u>I</u>ntervention, <u>D</u>iversion, <u>G</u>uidance, and <u>E</u>ngagement.

BRIDGE Court – Statement of Interest

| USAO Decision: |
| --- |
| Date: |