UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOSHE BERGER,

Defendant.

No. 24-CR-172

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Mr. Yurowitz's letters dated April 27, 2026, Dkt. No. 59, and April 28, 2026, Dkt. No. 60, as well as a declaration submitted by Mr. Yurowitz *ex parte*. The parties will appear for a conference to discuss Mr. Yurowitz's submissions and the upcoming trial on May 1, 2026 at 11:00 a.m at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007. Mr. Yurowitz must be present at the conference, as must Mr. Berger.

SO ORDERED.

Dated:   April 29, 2026
         New York, New York

Ronnie Abrams
United States District Judge