UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSHE BERGER,<br><br>             Defendant. | No. 24-CR-172<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

A bail violation hearing was scheduled for today at 2:00 p.m.  Mr. Berger did not appear at that hearing; his counsel informed the Court that he was taken to a hospital by ambulance earlier today.  Using Mr. Berger's ankle monitor, Pretrial Services, which has otherwise been unable to contact Mr. Berger, confirmed his location as being NYU Langone Hospital in Manhattan.  Because Mr. Berger did not appear, **today's conference has been rescheduled to 11:30 a.m. on Tuesday, May 26, 2026, in Courtroom 1506, 40 Centre Street, New York, NY 10007.**

Although the Court will hear arguments to the contrary, it puts Mr. Berger on notice that in light of the allegations raised by pretrial services concerning his many and continuous violations of the terms of his bail, it is inclined to detain him pending trial in this matter.  However, to the extent Mr. Berger is willing to apply to the BRIDGE court or agree to in-patient mental health treatment, the Court may be otherwise inclined.  **Mr. Berger is to discuss these options with his attorney in advance of Tuesday's hearing.**

**The Court has rescheduled today's bail hearing for Tuesday, May 26, 2026 at 11:30 a.m.   If Mr. Berger if he does not appear at Tuesday's conference, a warrant will be issued for his arrest.**

SO ORDERED.

Dated:    May 20, 2026
            New York, New York

Ronnie Abrams
United States District Judge