# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

May 25, 2026

**By ECF**
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Moshe Berger*, 24 Cr. 172 (RA)

Dear Judge Abrams:

I am writing to inform the Court that yesterday, Mr. Berger again informed me that he was terminating me as his counsel. Given the breakdown in the relationship, counsel renews his prior motion to be relieved.

I have provided Mr. Berger with a copy of Your Honor's May 20, 2026 order, and the need to appear tomorrow. Unless directed otherwise by the Court, I will of course be attending tomorrow's appearance as well.

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Samantha Fry (by ECF)
Moshe Berger (by email)

950 Third Avenue ~ New York, New York ~ 10022 ~ Tel. 212.308.7900 ~ Fax 646.568.9664