UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
                            :

UNITED STATES OF AMERICA,      :

          -v-          :

MOSHE BERGER,            :

        Defendant.       :

------------------------------------------------------- X

24 Cr. 172 (RA)

ORDER

RONNIE ABRAMS, District Judge:

IT IS HEREBY ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:     May 26, 2026
            New York, New York

Ronnie Abrams
United States District Judge