**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
        -against-                      :              ORDER
                                       :
                                       :
                                       :
                                       :      _____
                                       :            Docket #
---------------------------------------x
```

_____
        Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.

                       **SO ORDERED**.

                       _____

**Dated:  New York, New York**
          May 26, 2026