**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 18, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Moshe Berger*, 24 Cr. 172 (RA)**

Dear Judge Abrams:

The Government, with the defense's consent, respectfully writes to request that the Court set a control date for a status conference in this case. The parties have conferred and would propose July 10, 2026 for the control date. The Government further requests, again with the defense's consent, that the time between June 22, 2026 and the proposed control date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defense time to review and evaluate discovery and allow the parties to continue discussions regarding a potential pretrial resolution.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: Samantha Fry
Samantha Fry
Assistant United States Attorney
Southern District of New York
(212) 637-2490
samantha.fry@usdoj.gov

cc: Stephen Turano, Esq. (by ECF)
Pretrial Services Officer Jonathan Lettieri (by email)