UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOSHE BERGER,

Defendant.

No. 24-CR-172

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at the July 10, 2026 status conference, the Court confirmed with Judges Caproni and Cave that the BRIDGE Court is indeed accepting applications and would consider one from Mr. Berger if submitted. The BRIDGE Court brochure and statement of interest form are attached to this order. Mr. Turano is directed to discuss with Mr. Berger whether he intends to apply to the BRIDGE Court in advance of the August 6, 2026 status conference.

SO ORDERED.

Dated: July 23, 2026
New York, New York

Ronnie Abrams
United States District Judge

**United States District Court**
**Southern District of New York**

**BRIDGE[1] Court**

**Statement of Interest**

This statement of interest will allow the United States Attorney's Office for the Southern District of New York ("USAO") to assess whether an interested person's application will be considered for potential participation in BRIDGE Court. Additional information will be required if a person is invited to submit a full application to BRIDGE Court.

Please email this form to the Court at: NYSD_BRIDGECourt@nysd.uscourts.gov.

Today's Date:

Name of Applicant:

Charge(s) and Case Number (if applicable):

Defense Counsel and Contact Information:

[1] Behavioral Rehabilitation through Intervention, Diversion, Guidance, and Engagement.

| Case Status: | Upcoming Deadlines/Dates: |
|---|---|
| ☐ Charged by Complaint | |
| ☐ Charged by Indictment | |
| ☐ Guilty Plea pending | |
| ☐ Guilty Plea entered | |
| ☐ Other (describe) | |

| Additional Information |
|---|
| If there is additional information you would like the USAO to know about your client's criminal history, pending charges in other jurisdictions, or specific alleged offense conduct at this stage, please provide it here. Please do not provide details about mental health conditions, assessment, or treatment, which will be requested as part of a full application if the USAO invites your client to apply. |

| USAO Decision |
|---|
| Date: |

# BRIDGE

**United States District Court**
**Southern District of New York**
**BRIDGE Court**

**Behavioral Rehabilitation through Intervention, Diversion, Guidance, and Engagement**

**What is BRIDGE Court?**

BRIDGE Court is an intensive judicially supervised pretrial program focused on individuals whose mental health diagnosis is the predominant contributor to their offense conduct. The program blends treatment, supervision, incentives, support services, and sanction alternatives.

**What are the potential legal benefits of participating in BRIDGE Court?**

Participants proceed on one of three tracks: (1) a deferred prosecution agreement conditioned on successful completion of the program; (2) suspended charges for which successful completion of program may result in reduction of charges, deferred prosecution agreement, full dismissal, or, if the case proceeds, consideration by the court in sentencing; or (3) a guilty plea, after which successful completion of the program will be taken into account by the court for sentencing.

**What are the participants' responsibilities in BRIDGE Court?**

Participants agree to take part in BRIDGE Court for approximately 12 months, though the term may be extended up to an additional 12 months. Participants agree to comply with a treatment program and attend regular group meetings with the program's presiding Magistrate Judge, Pretrial Service Officer, and other BRIDGE Court participants.

**Who is eligible to participate in BRIDGE Court?**

Eligible participants must have a confirmed mental health diagnosis that is the predominant contributing factor to the offense conduct. Participants may have a co-occurring substance abuse disorder, but the mental health diagnosis must be the primary contributor. Acceptance into BRIDGE Court requires approval of the S.D.N.Y. U.S. Attorney's Office, the District Judge initially assigned to the case, and the committee overseeing the program.

**How does someone apply for BRIDGE Court?**

To be considered, please download and complete the Statement of Interest Form available at https://nysd.uscourts.gov. Defense counsel should submit the completed form to NYSD_BRIDGECourt@nysd.uscourts.gov. If invited to apply, participants will be provided a more detailed application packet. Questions about BRIDGE Court should be directed to the program's Pretrial Officer at BRIDGEcourt@nyspt.uscourts.gov.[1]

[1] The information provided above is not a complete description of the BRIDGE program, including its eligibility requirements and participants' responsibilities. The Board of Judges has approved BRIDGE Court as a three-year pilot program beginning in 2026.