# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

August 4, 2026

Application granted. The status conference is adjourned to August 31, 2026 at 3:00 p.m. Time is excluded until August 31, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 5, 2026

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Moshe Berger,* 24-cr-172 (RA)

Dear Judge Abrams:

As the Court directed, I have reviewed with Mr. Berger the details and requirements pertaining to BRIDGE Court. Although he has not yet decided whether he wishes to participate in the program, I intend to submit a Statement of Interest on his behalf.

In addition, as part of an anticipated application for Mr. Berger's pretrial release, I am working on identify a suitable mental-health program and bail package. I will notify the Court and request a conference once I have identified a suitable proposal.

Therefore, with Mr. Berger's consent, I request an adjournment of the August 6, 2026 Status Conference. The Government, by AUSA Samantha Fry, also consents to an adjournment. I also consent to the exclusion of time.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano, Esq.

cc: Jonathan Lettieri, Intensive Supervision Specialist (by email)
Samantha Frye, AUSA (by ECF)