# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

August 26, 2026

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Moshe Berger,* 24-cr-172 (RA)

Dear Judge Abrams:

Although Moshe Berger has not yet decided whether he wishes to participate in the program, I submitted a Statement of Interest for Bridge Court on his behalf.

In addition, as part of an anticipated application for Mr. Berger's pretrial release, I am continuing to work on identify a suitable mental-health program and bail package. I will notify the Court and request a conference once I have identified a suitable proposal. I have also been in frequent and consistent contact with Mr. Berger at the MDC.

With Mr. Berger's consent, I request an adjournment of the August 31, 2026 Status Conference. The Government, by AUSA Samantha Fry, also consents to an adjournment. I also consent to the exclusion of time.

I also plan to be away starting August 31, 2026 and AUSA Smanatha Fry has a trial the week of September 14, 2026. Therefore, we request a new date for the week of September 21, 2026.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano, Esq.

cc: Jonathan Lettieri, Intensive Supervision Specialist (by email)
Samantha Fry, AUSA (by ECF)

Application granted. The status conference is rescheduled to September 23, 2026 at 2:00 p.m. Time is excluded until September 23, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
August 26, 2026