# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

September 25, 2026

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Moshe Berger,* 24-cr-172 (RA)

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 28, 2026

Dear Judge Abrams:

As the Court is aware, I was appointed on May 26, 2026, to represent Moshe Berger pursuant to the Criminal Justice Act. Because of the complexity of the case and the anticipated hardship of counsel in undertaking representation for a potentially significant period without compensation, I respectfully request that the Court permitted interim payment in this case.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano, Esq.

cc: Samantha Fry, AUSA (by ECF)