UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOSHE BERGER,

Defendant.

No. 24-CR-172 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall be prepared to try this case by April 19, 2027, with the understanding that the Court will advise the parties if it needs to start the trial a few days later. Pretrial motions shall be filed no later than January 4, 2027; responses shall be filed by January 25, 2027; and any replies shall be filed by February 8, 2027. No later than March 22, 2027, any in limine motions shall be filed, along with proposed voir dire questions, requests to charge, and proposed verdict forms; any oppositions to those materials shall be filed no later than March 29, 2026. A final pretrial conference is scheduled for April 9, 2027, at 2:30 p.m.

SO ORDERED.

Dated: November 25, 2026
New York, New York

Ronnie Abrams
United States District Judge